USCA1 Opinion

 

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 ____________________

No. 98-1030

 UNITED STATES,

 Appellee,

 v.

 KENNETH MAMOORIAN,

 Defendant, Appellant.

 ____________________

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Ronald R. Lagueux, U.S. District Judge]

 ____________________

 Before

 Torruella, Chief Judge,
 Selya and Stahl, Circuit Judges.

 ____________________

 Robert B. Mann and Mann & Mitchell on brief for appellant.
 Sheldon Whitehouse, United States Attorney, Margaret E. Curran and
Edwin J. Gale, Assistant United States Attorneys, on brief for appellee.

 ____________________
 
 April 9, 1998
 __________________

 Per Curiam. Upon careful review of the briefs and record,
 we conclude that the upward departure should be upheld based on
 under-representation of defendant's criminal conduct. SeeU.S.S.G. 4A1.3. In these circumstances, we need not
 determine the validity of any additional departure grounds, as
 we are convinced that excision of the challenged grounds would
 not have altered the sentence imposed. See United States v.
 Brewster, 127 F.3d 22, 30 (1st Cir. 1997).
 We also conclude that the district court did not clearly
 err in denying an adjustment under U.S.S.G. 3B1.2 for
 defendant's role in the offense. The finding that defendant's
 role was neither minimal nor minor was well supported by the
 information about defendant's multiple cross-country deliveries
 of large quantities of marijuana.
 Affirmed. See 1st Cir. Loc. R. 27.1.